# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Mark Filip | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 4122 | **DATE** | 5/10/2007 |
| **CASE TITLE** | Access 4 All vs. Essex inn | | |

**DOCKET ENTRY TEXT**

All matters in controversy having been settled, the above-entitled case is dismissed with leave to reinstate on or before 6/10/07 after which time the dismissal will be with prejudice if no request to reinstate has been filed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|