Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Mark Filip | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 4122 | **DATE** | 6/13/2007 |
| **CASE TITLE** | Access 4 All, Inc. Vs. Essex Inn, LLC | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation[33] the Court Approves and Enters Consent Decree and Dismissal of Case With Prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|